COPY
Original Filed

MAY 13 2022

TIMOTHY W. FITZGERALD
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

GILBERT A. VALENCIA, an unmarried individual; and MATTHEW VALENCIA, an unmarried individual

Plaintiffs,

vs.

SAFEWAY, INC., a Delaware for-profit Corporation d/b/a SAFEWAY #1494; "DOE BUSINESS", an unknown vendor; and JOHN DOES 1-10, individual(s)

Defendants.

No. 22201522-32

SUMMONS

TO:    SAFEWAY, INC. d/b/a SAFEWAY #1494;
AND TO:    "DOE BUSINESS"
AND TO:    JOHN DOES 1-10;

A lawsuit has been started against you in the above-entitled Court by the above-named Plaintiffs. Plaintiffs claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney(s) for the Plaintiffs within twenty (20) days after the service of this Summons if served within the State of Washington, or within sixty (60) days after service if served outside the State of Washington,

SUMMONS - 1

COONEY LAW OFFICES, P.S.
330 W. INDIANA AVE.
SPOKANE, WASHINGTON 99205
(509) 328-2613
FAX (509) 325-1859

excluding the day of service, or a default judgment may be filed against you without notice. A default judgment is one where the Plaintiffs are entitled to what they ask for because you have not responded. If you serve a Notice of Appearance on the undersigned attorney(s), you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiffs file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the person(s) signing this Summons. Within fourteen (14) days after you serve the demand, the Plaintiffs must file this lawsuit with the Court, or the service upon you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington and RCW 4.28.180.

DATED this 14th day of May, 2022.

COONEY LAW OFFICES, P.S.

By _____
Stephen M. Bergman, WSBA #44816
James L. Cooney, WSBA # 10772
Tamarae Cooney Leong, WSBA #46768

Attorneys for Plaintiff
330 W. Indiana Avenue
Spokane, WA 99205

SUMMONS - 2

COONEY LAW OFFICES, P.S.
330 W. INDIANA AVE.
SPOKANE, WASHINGTON 99205
(509) 326-2613
FAX (509) 325-1859